THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-cv-363

| SCOTT P. GUTTENBERGER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CHRISTOPHER ANTHONY CONRAD, | ) | |
| Defendant. | ) | |

This matter comes before the court on defendant's motion to stay [D.E. 17] this matter for 21 days. For good cause shown by the reasons stated in the motion this court suspends all actions in this case and stays the case for 21 days. Counsel for the defendant is ORDERED to file a status report with the court no later than February 25, 2022.

SO ORDERED, this the 4th day of February, 2022.

_____
Brian S. Meyers
United States Magistrate Judge